UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
In re: : (Chapter 11)
:
: Case No. 1-06-43333(CEC)
80-58 189th Street Corp., :
:
:
Debtor. :
----------------------------------------x

## DISCLOSURE OF COMPENSATION

1. Jay Markowitz, an attorney duly authorized to practice law in this Court hereby swears and affirms that I have received the sum of $500, along with reimbursement for all filing fees in the within Chapter 11 Bankruptcy proceeding.

Dated:   Kew Gardens, New York
         October 20, 2006

Law Offices of Jay S. Markowitz, P.C.
Counsel for Debtor and Debtor-in-Possession
(retention pending)


By:_____/S/_____
    Jay S. Markowitz, Esq.
80-02 Kew Gardens Road
Suite 702
Kew Gardens, New York 11415
(718) 468-0068

1